# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Dale I West, Jr.  
DEBTOR 2 NAME: Sheena L West

CASE NUMBER: 1913679

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___10/21/2022___ :

By First Class Mail :

CENLAR FSB,425 Phillips Blvd,Ewing NJ 08618  
Dale I West, Jr.,1461 NW 5th Ave.,Oak Harbor WA 98277  
Sheena L West,1461 NW 5th Ave.,Oak Harbor WA 98277

Via ECF on the date the pleading was filed:  
Debtor's Attorney

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___10/21/2022___     Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Dale I West, Jr.** |
| Debtor 2 (Spouse, if filing) | **Sheena L West** |
| Unites States Bankruptcy Court for the: | WAW-Western District of Washington (State) |
| Case Number: | 19-13679-MLB |

# Form 4100N
## Notice of Final Cure Payment          10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

**Name of creditor:** CENLAR FSB

**Court claim no.** (if known): 35

**Last 4 digits** of any number you use to identify the debtor's account: 3 4 3 6

**Property Address:** 1461 NW 5th Ave
Oak Harbor, WA 98277

### Part 2: Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 1,441.10 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 1,441.10 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 1,441.10 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

   Current monthly mortgage payment     $ _____

   The next postpetition payment is due on ___/___/_____
                                                                         MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

Form 4100N     Notice of Final Cure Payment     page 1

Case 19-13679-MLB    Doc 40    Filed 10/21/22    Ent. 10/21/22 10:28:21    Pg. 2 of 4

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Jason Wilson-Aguilar
Signature

Date  10/20/2022

Trustee     Jason Wilson-Aguilar

Address     600 University Street, Suite 1300
            Seattle, WA  98101

Contact phone  (206) 624-5124        Email  courtmail@seattlech13.com

Debtor 1  **Dale I West, Jr.**                                           Case number *(if known)* **19-13679-MLB**
         Name

# History Of Payments

**Part 2 - B**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 55 | CENLAR FSB | D - 1St Mortgage Delinquency | 04/30/2021 | 3464042 | System Check To Creditor F | 56.02 |
| 55 | CENLAR FSB | D - 1St Mortgage Delinquency | 05/28/2021 | 3465880 | System Check To Creditor F | 45.43 |
| 55 | CENLAR FSB | D - 1St Mortgage Delinquency | 06/30/2021 | 3467752 | System Check To Creditor F | 1,079.93 |
| 55 | CENLAR FSB | D - 1St Mortgage Delinquency | 07/30/2021 | 3469931 | System Check To Creditor F | 259.72 |
| | | | | | **Total for Part 2 - B:** | **1,441.10** |