United States Bankruptcy Court

Western District of Washington

In re:  
Dale I West, Jr.  
Sheena L West  
    Debtors

Case No. 19-13679-MLB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0981-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 31, 2022      Form ID: 3180W      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale I West, Jr, Sheena L West, 1461 NW 5th Ave, Oak Harbor, WA 98277-9294 |
| 956753940 | + | Alaska USA Federal Credit Union, CO Cenlar FSB, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 956755865 | + | PUGET SOUND COOPERATIVE CREDIT UNION, 1130 140TH AVE NE #100A, P O BOX 7148, 1130 140TH AVE NE, P O BOX 7148, BELLEVUE, WA 98005-2974 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Nov 01 2022 03:18:00 | Internal Revenue Service, 915 2nd Avenue MS W244, Seattle, WA 98174 |
| smg | | EDI: WADEPREV.COM | Nov 01 2022 03:18:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| cr | + | EDI: PRA.COM | Nov 01 2022 03:18:00 | PRA, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 23:16:37 | SOFI LENDING CORP C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 956711971 | | Email/Text: SC_Enforcement_Bankr@Alaskausa.org | Oct 31 2022 23:14:00 | Alaska USA FCU, P.O. BOX 196613, Anchorage, AK 99519 |
| 956711972 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 23:16:52 | AMEX, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 956711974 | + | EDI: ATTWIREBK.COM | Nov 01 2022 03:18:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 956744630 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 23:27:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956754970 | + | EDI: AAFES | Nov 01 2022 03:18:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 956711975 | + | EDI: BANKAMER.COM | Nov 01 2022 03:13:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 956733158 | + | EDI: BANKAMER2.COM | Nov 01 2022 03:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 956751252 | + | EDI: RECOVERYCORP.COM | Nov 01 2022 03:18:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 956711976 | + | EDI: CAPITALONE.COM | Nov 01 2022 03:18:00 | Capital One Bank, 4800 NW 1st St., Suite 300, Lincoln, NE 68521-4463 |
| 956716431 | | EDI: CAPITALONE.COM | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Nov 01 2022 03:18:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 956711977 | + EDI: CAPITALONE.COM | Nov 01 2022 03:18:00 | Capital One Bank N.A., 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 956711978 | + EDI: CAPITALONE.COM | Nov 01 2022 03:18:00 | Capital One/Cabelas, 4800 NW 1st St., Lincoln, NE 68521-4463 |
| 956742699 | + Email/Text: bankruptcy@cavps.com | Oct 31 2022 23:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 956711980 | + EDI: CITICORP.COM | Nov 01 2022 03:18:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 956711981 | EDI: CITICORP.COM | Nov 01 2022 03:18:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 956711982 | + EDI: CITICORP.COM | Nov 01 2022 03:18:00 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 956711986 | + EDI: WFNNB.COM | Nov 01 2022 03:18:00 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 956711987 | EDI: DISCOVER.COM | Nov 01 2022 03:18:00 | Discover Fin Svc Llc, PO Box 15316, Wilmington, DE 19850 |
| 956711989 | + EDI: CITICORP.COM | Nov 01 2022 03:18:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040 |
| 956754728 | EDI: Q3G.COM | Nov 01 2022 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 956714095 | EDI: DISCOVER.COM | Nov 01 2022 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 956711988 | Email/Text: mhassan@faicollect.com | Oct 31 2022 23:14:00 | Financial Assistance, Inc., 1130 140th Ave NE, Ste. 100A, Bellevue, WA 98005-2974 |
| 956744752 | EDI: JEFFERSONCAP.COM | Nov 01 2022 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 956711979 | EDI: JPMORGANCHASE | Nov 01 2022 03:18:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 956725817 | + Email/Text: RASEBN@raslg.com | Oct 31 2022 23:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 956716334 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 23:16:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 956713149 | + Email/Text: bankos@merchantscredit.com | Oct 31 2022 23:14:00 | MERCHANTS CREDIT ASSOCIATION, PO BOX 7416, BELLEVUE, WA 98008-1416 |
| 956741283 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2022 23:14:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 956711990 | + EDI: AAFES | Nov 01 2022 03:18:00 | Military Star, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 956719901 | + EDI: NFCU.COM | Nov 01 2022 03:18:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 956711992 | EDI: NFCU.COM | Nov 01 2022 03:18:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 956711991 | + EDI: NFCU.COM | Nov 01 2022 03:18:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 956711993 | + Email/Text: bnc@nordstrom.com | Oct 31 2022 23:14:50 | Nordstrom/TD Bank USA, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 957064447 | EDI: PRA.COM | Nov 01 2022 03:18:00 | Portfolio Recovery Associates, LLC, PO Box |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 956711994 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Paypal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 956711995 | + | Email/Text: askus@psccu.org | Oct 31 2022 23:14:00 | Puget Sound Cooperative CU, 600 108th Ave NE, Bellevue, WA 98004-5129 |
| 956711998 | | EDI: RMSC.COM | Nov 01 2022 03:18:00 | SYNCB / Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 956753782 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 31 2022 23:27:48 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 957071182 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 23:16:37 | Sofi Lending Corp, C/O Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 956711996 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 31 2022 23:27:52 | Sofi Lending Corp, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7284 |
| 956711997 | ^ | MEBN | Oct 31 2022 23:08:39 | Suttell & Hammer, P.S., PO Box C-90006, Bellevue, WA 98009 |
| 956711999 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Syncb/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 956712000 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Syncb/gapdc, PO Box 965005, Orlando, FL 32896-5005 |
| 956712001 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 956712002 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 956712003 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Syncb/ppxtrm, PO Box 965005, Orlando, FL 32896-5005 |
| 956751250 | + | EDI: RMSC.COM | Nov 01 2022 03:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 956712004 | | EDI: WTRRNBANK.COM | Nov 01 2022 03:18:00 | TD Bank USA / Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 956743286 | + | Email/Text: bncmail@w-legal.com | Oct 31 2022 23:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 956712005 | + | EDI: CITICORP.COM | Nov 01 2022 03:18:00 | The Home Depot / CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 956712006 | + | EDI: USAA.COM | Nov 01 2022 03:18:00 | USAA Savings Bank, 10750 McDermott, San Antonio, TX 78288-1600 |
| 956712007 | + | EDI: CAPITALONE.COM | Nov 01 2022 03:18:00 | World's Foremost Bank, 4800 NW 1st St., Lincoln, NE 68521-4463 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 956711983 | | Comenity Bank/buckle |
| 956711984 | | Comenity Bank/pttrybrn |
| 956711985 | | Comenitybank/victoria |
| 956711973 | *+ | AMEX, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 956744631 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jason Wilson-Aguilar | courtmail@seattlech13.com |
| Jesse A P Baker | on behalf of Creditor Alaska USA Federal Credit Union ecfwawb@aldridgepite.com JPB@ecf.inforuptcy.com;jbaker@aldridgepite.com |
| Mark D. Nusz | on behalf of Debtor Dale I West  Jr mark.nusz@westwardlaw.org, michelle.wader@westwardlaw.org |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Dale I West Jr <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0624 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | Sheena L West <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3073 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Western District of Washington | |
| Case number: | 19-13679-MLB | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dale I West Jr
aka Dale Irwin West Jr, aka Dale West

Sheena L West
aka Sheena Lorene West, aka Sheena Lorene Amerson, aka Sheena Lorene Smith, dba Three Heart Full

10/31/22

**By the court:** Marc Barreca
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**